# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 7, 2017

Stephen J. Markman,
Chief Justice

155464(23)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

DONALD HEMPHILL,
          Plaintiff-Appellee,

v

PREMIER ORTHOPEDICS, L.L.C.;
JIAB SULEIMAN, D.O., P.C., and
JIAB SULEIMAN, D.O.,
          Defendants-Appellants.
_____/

SC: 155464
COA: 335351
Wayne CC: 16-001303-NH

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply submitted on June 29, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 7, 2017



Clerk